Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Jed H. Hansen (SBN 10679)
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (SBN 4798)
Samuel C. Straight (SBN 7638)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

Attorneys for Plaintiff
CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROCLAIM NUTRITION, LLC, a Nevada Limited Liability Company,<br><br>                    Defendant. | Case No.: 2:11-CV-01323-FCD-KJN<br><br>**APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;**<br><br>**[PROPOSED] ORDER CONTINUING JOINT SCHEDULING CONFERENCE**<br><br>DATE:   November 14, 2011<br>TIME:    9:00 a.m.<br>CTRM.:  10<br><br>United States District Judge<br>Garland E. Burrell, Jr. |

/ / /

/ / /



APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE; [PROPOSED] ORDER

# APPLICATION

By minute order dated September 1, 2011, this matter was set for an Initial Scheduling Conference to be heard on November 14, 2011 at 9:00 a.m.

Immediately after this action was filed, Defendant was contacted regarding potential settlement of the action. A settlement dialogue ensued, and has continued in earnest since the initial contact was made. Those discussions have matured to the point where a settlement agreement has been drafted by Plaintiff's counsel and will soon be submitted to Defendant for review and consideration. We are hopeful that the matter will be resolved without the necessity of an appearance by Defendant. While recognizing that we are in arrears of the court-ordered schedule for a Joint Status Report, we believe that these circumstances warrant a 45-day postponement of the Pretrial Scheduling Conference, and respectfully request that the Court order that the scheduling conference be continued for approximately 45 days. We are hopeful that a voluntary dismissal will precede the new conference date.

DATED: October 28, 2011

Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**

*-and-*

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*

By: /s/ Glenn W. Peterson
    GLENN W. PETERSON

Attorneys for Plaintiff
CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

## ORDER

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to January 30, 2012, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

SO ORDERED.

**Date: 11/1/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge