1  GLENN W. PETERSON, ESQ. (SBN 126173)
2  **MILLSTONE, PETERSON & WATTS, LLP**
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA 95661
   Telephone: (916) 780-8222
4  Fax No: (916) 780-8775

5  Attorneys for Plaintiff
6  CytoSport, Inc.

7  BRETTON L. CROCKETT, ESQ. (SBN 08573)
   **MORRISS O'BRYANT COMPAGNI, P.C.**
8  734 East 200 South
   Salt Lake City, UT 84102
9  Telephone: (801) 478-0071
   Fax No: (801) 478-0076
10

11 Attorneys for Defendant
   Proclaim Nutrition, LLC
12

13
                       **UNITED STATES DISTRICT COURT**
14
                       **EASTERN DISTRICT OF CALIFORNIA**
15

16 | CYTOSPORT, INC., a California corporation, | Case No.: 2:11-CV-01323-GEB-KJN |
   |---|---|
17 | | |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME RE: DEFENDANT'S RESPONSIVE PLEADING** |
18 | vs. | |
19 | | |
   | PROCLAIM NUTRITION, LLC, a Nevada Limited Liability Company, | |
20 | | |
21 | Defendant. | Complaint Filed: May 16, 2011<br>Trial Date: Not Set |
22
23
24
25
26
27
28

STIPULATION FOR FIRST EXTENSION OF TIME RE: DEFENDANT'S RESPONSIVE PLEADING

Glenn W. Peterson of Millstone Peterson & Watts, LLP, Attorney for Plaintiff CytoSport, Inc. ("Plaintiff") and Bretton L. Crockett of Morriss O'Bryant Compagni, P.C., Attorney for Defendant Proclaim Nutrition, LLC ("Defendant") hereby stipulate to an initial extension within which Defendant shall respond to the complaint filed in this matter. Defendant's response which was initially due on November 14, 2011 shall now be filed on or before January 16, 2012.

DATED: November 14, 2011

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*

By:  /s/ Glenn W. Peterson
         GLENN W. PETERSON

Attorneys for Plaintiff
CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

DATED: November 14, 2011

**MORRISS O'BRYANT COMPAGNI, P.C.**

By:  /s/ Bretton L. Crockett
         **(As Authorized on 11/14/11**)
         BRETTON L. CROCKETT

Attorneys for Defendant
Proclaim Nutrition, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MORRISS O'BRYANT COMPAGNI, P.C.**
/s/ Bretton L. Crockett

# **ORDER**

Based upon the foregoing Stipulation, and good cause appearing, Defendant's responsive pleading shall now be filed on or before January 16, 2012.

SO ORDERED.

11/14/11

_____
GARLAND E. BURRELL, JR.
United States District Judge