1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE, PETERSON & WATTS, LLP**
2  2267 Lava Ridge Court, Suite 210
3  Roseville, CA 95661
   Telephone: (916) 780-8222
4  Fax No: (916) 780-8775

5  Attorneys for Plaintiff
   CytoSport, Inc.
6

7  BRETTON L. CROCKETT, ESQ. (SBN 08573)
   **MORRISS O'BRYANT COMPAGNI, P.C.**
8  734 East 200 South
   Salt Lake City, UT 84102
9  Telephone: (801) 478-0071
   Fax No: (801) 478-0076
10

11 Attorneys for Defendant
   Proclaim Nutrition, LLC
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROCLAIM NUTRITION, LLC, a Nevada Limited Liability Company,<br><br>                    Defendant. | Case No.: 2:11-CV-01323-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME RE: DEFENDANT'S RESPONSIVE PLEADING**<br><br>Complaint Filed:  May 16, 2011<br>Trial Date:  Not Set |

1  Glenn W. Peterson of Millstone Peterson & Watts, LLP, Attorney for Plaintiff CytoSport,
2  Inc. ("Plaintiff") and Bretton L. Crockett of Morriss O'Bryant Compagni, P.C., Attorney for
3  Defendant Proclaim Nutrition, LLC ("Defendant") hereby stipulate to an initial extension within
4  which Defendant shall respond to the complaint filed in this matter. Defendant's response which
5  was initially due on November 14, 2011 shall now be filed on or before January 16, 2012.

DATED: November 14, 2011

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By:    /s/ Glenn W. Peterson
       GLENN W. PETERSON

Attorneys for Plaintiff
CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson


DATED: November 14, 2011

**MORRISS O'BRYANT COMPAGNI, P.C.**


By:    /s/ Bretton L. Crockett
       **(As Authorized on 11/14/11)**
       BRETTON L. CROCKETT

Attorneys for Defendant
Proclaim Nutrition, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MORRISS O'BRYANT COMPAGNI, P.C.**
/s/ Bretton L. Crockett

## **ORDER**

Based upon the foregoing Stipulation, and good cause appearing, Defendant's responsive pleading shall now be filed on or before January 16, 2012.

SO ORDERED.

11/14/11

_____
GARLAND E. BURRELL, JR.
United States District Judge