Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Jed H. Hansen (SBN 10679)
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Mark M. Bettilyon (SBN 4798)
Samuel C. Straight (SBN 7638)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

Attorneys for Plaintiff
CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PROCLAIM NUTRITION, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:11-CV-01323-FCD-KJN<br><br>**SECOND APPLICATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE;**<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE**<br><br>DATE:   January 30, 2012<br>TIME:    9:00 a.m.<br>CTRM.:  10<br><br>United States District Judge<br>Garland E. Burrell, Jr. |

/ / /

/ / /

# APPLICATION

By minute order dated September 1, 2011 [Doc. 9], this matter was set for a Pretrial Scheduling Conference ("PSC") to be heard on November 14, 2011 at 9:00 a.m. On October 28, 2011, Plaintiff CytoSport, Inc. ("Plaintiff") applied to continue the PSC [Doc. 12]. The application was granted by order of this court entered November 2, 2011 [Doc. 13], and the PSC was continued to January 30, 2012. By way of this second application, Plaintiff now seeks an additional 60-day extension of the PSC for the reasons set forth below.

Immediately after this action was filed, Defendant Proclaim Nutrition, LLC ("Defendant") was contacted regarding potential settlement of the action. A settlement dialogue ensued, and has continued in earnest since the initial contact was made. Those discussions have matured to the point where a settlement agreement has been drafted by Plaintiff's counsel and will soon be submitted to Defendant for review and consideration. We are hopeful that the matter will be resolved without the necessity of an appearance by Defendant. While recognizing that we are in arrears of the court-ordered schedule for a Joint Status Report, we believe that these circumstances warrant a 60-day postponement of the PSC, and respectfully request that the Court order that the PSC be continued for approximately 60 days. We are hopeful that a voluntary dismissal will precede the PSC date.

DATED: January 16, 2012                **MILLSTONE, PETERSON & WATTS, LLP**
                                       *Attorneys at Law*

                                       By:     /s/ Glenn W. Peterson
                                            GLENN W. PETERSON

                                       Attorneys for Plaintiff
                                       CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

## **ORDER**

Based upon the foregoing application, the Pretrial Scheduling Conference in this matter is continued to March 26, 2012, at 9:00 a.m.  A Joint Status Report shall be filed no later than fourteen (14) days prior to the conference date.

SO ORDERED.

**Date:  1/17/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge