GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff
CytoSport, Inc.

BRETTON L. CROCKETT, ESQ. (SBN 08573)
**MORRISS O'BRYANT COMPAGNI, P.C.**
734 East 200 South
Salt Lake City, UT 84102
Telephone: (801) 478-0071
Fax No: (801) 478-0076

Attorneys for Defendant
Proclaim Nutrition, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>PROCLAIM NUTRITION, LLC, a Nevada Limited Liability Company,<br><br>             Defendant. | Case No.: 2:11-CV-01323-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME RE: DEFENDANT'S RESPONSIVE PLEADING**<br><br>Complaint Filed: May 16, 2011<br>Trial Date: Not Set |

1    Glenn W. Peterson of Millstone Peterson & Watts, LLP, Attorney for Plaintiff CytoSport,
2  Inc. ("Plaintiff") and Bretton L. Crockett of Morriss O'Bryant Compagni, P.C., Attorney for
3  Defendant Proclaim Nutrition, LLC ("Defendant") hereby stipulate to a second extension within
4  which Defendant shall respond to the complaint filed in this matter.

5    An initial extension was granted on November 15, 2011 [Doc. 15] to January 16, 2012. The
6  parties stipulate to an additional 30 day extension. Defendant's response shall now be filed on or
7  before February 15, 2012.

DATED: January 17, 2012

               **MILLSTONE, PETERSON & WATTS, LLP**
               *Attorneys at Law*

               By:     /s/ Glenn W. Peterson
                         GLENN W. PETERSON

               Attorneys for Plaintiff
               CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

DATED: January 17, 2012

               **MORRISS O'BRYANT COMPAGNI, P.C.**

               By:     /s/ Bretton L. Crockett
                     **(As Authorized on 01/17/12)**
                     BRETTON L. CROCKETT

               Attorneys for Defendant
               Proclaim Nutrition, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MORRISS O'BRYANT COMPAGNI, P.C.**
/s/ Bretton L. Crockett

**ORDER**

Based upon the foregoing Stipulation, Defendant's responsive pleading shall now be filed on or before February 15, 2012.

SO ORDERED.

**Date:  1/17/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION FOR SECOND EXTENSION OF TIME RE: DEFENDANT'S RESPONSIVE PLEADING